UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

FIREMAN'S FUND INSURANCE CO.,
as Subrogee of CHARLES MAYS,

                        Plaintiff,

            vs.                                **DISCLOSURE STATEMENT**

UNITED VAN LINES, LLC,

                        Defendant.

-----------------------------------------------------------x

            Defendant, UNITED VAN LINES, LLC ("UNITED"), as and for its Disclosure

Statement pursuant to Fed. R. Civ. P. 7.1, annexes hereto a copy of its list of affiliated companies

entitled "Subsidiaries of UniGroup, Inc."

Dated:  New York, New York
            October 23, 2007

                                    GEORGE W. WRIGHT & ASSOCIATES, LLC


                                    BY:    _George W. Wright_
                                         GEORGE W. WRIGHT (GW/6957)
                                         Attorneys for Defendant
                                         88 Pine Street
                                         New York, NY  10005-1801
                                         (212) 483-8266

TO:    BADIAK & WILL, LLP
       Attorneys for Plaintiff
       106 Third Street
       Mineola, NY  11501-4404
       (516) 877-2225

## Subsidiaries of UniGroup, Inc.

Transportation Services Group, Inc.

 United Van Lines, LLC

  <u>Subsidiaries of United Van Lines, LLC</u>

   Abbey Van Lines, LLC
   Alite Van Lines, LLC
   Avan Van Lines, LLC
   Archway Freight Forwarders, LLC
   Gateway Freight Forwarders, LLC
   Government Transportation Specialists, LLC
   Meramec Valley Transport, LLC
   Military Transportation Movers LLC
   Military Transportation Systems, LLC
   Show-Me Movers, LLC
   Progressive Freight Forwarders, LLC
   Vanguard Freight Forwarders, LLC
   United Tariff Publishing Agency, Inc.
   United Intermode, LLC
   Insite Logistics, LLC

 Mayflower Transit, LLC

  <u>Subsidiaries of Mayflower Transit, LLC</u>

   HTS Selling LLC
   Allstar Mayflower, LLC
   Best Mayflower, LLC
   Crest-Mayflower International, LLC
   Eagle Mayflower, LLC
   Elder Moving & Storage, LLC
   Flagship Moving Services, LLC
   Grand Mayflower, LLC
   Itemized Express, LLC
   Mayflower Forwarders, LLC
   Mayflower International Forwarding, LLC
   Mayflower Van Lines, LLC
   Mayflower Military Movers, LLC
   North Star Van Lines, LLC
   Pilgrim Van Lines, LLC
   Progressive Van Lines, LLC
   Provincial Van Lines, LLC

Quest Mayflower, LLC
Stealth Mayflower, LLC
Trans Mayflower, LLC
Uniform Express, LLC
Virtual Mayflower, LLC
Zipp Mayflower, LLC
Gentry Insurance Agency, Inc.
Total Insurance, Ltd.

Allegiant Move Management, LLC

Vanliner Group, Inc.

Subsidiaries of Vanliner Group, Inc.

Vanliner Insurance Company
Transprotection Service Company
Vanliner Reinsurance Limited

Total Transportation Services, Inc.

Subsidiaries of Total Transportation Services, Inc.

Trans Advantage, Inc.
Heimburger, Inc.

UniGroup Worldwide, Inc.

Subsidiaries of UniGroup Worldwide, Inc.

United Van Lines International, Inc.
Mayflower International, Inc.

United Capital Services, Inc.

Pinnacle Group Associates, Inc.

Subsidiaries of Pinnacle Group Associates, Inc.

Premier Relocation Services, Inc.

UVL Farms, Inc.

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY   )
                             ) ss.
COUNTY OF BERGEN     )

GEORGE W. WRIGHT, being duly sworn, deposes and says, that deponent is not a party to this action and is over 18 years of age.  That on October 23, 2007 deponent served the within DISCLOSURE STATEMENT upon the following party:

> BADIAK & WILL, LLP
> Attorneys for Plaintiff
> 106 Third Street
> Mineola, NY  11501-4404
> (516) 877-2225

by depositing said copy enclosed in a postpaid, property addressed wrapper, into an official depository under the exclusive care and custody of FedEx.

_____
GEORGE W. WRIGHT

Sworn to before me this
23rd day of October, 2007

_____
Notary Public

**DORIS SORAN**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires Dec. 3, 2011**

2