MARRERO, 5,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-20-07
```

---------------------------------------x

FIREMAN'S FUND INSURANCE CO.,
as Subrogee of CHARLES MAYS,

    Plaintiff,

vs.

UNITED VAN LINES, LLC,

    Defendant.

---------------------------------------x

Civil Action No. 1:07-cv-09504 (VM)

STIPULATION OF DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff, FIREMAN'S FUND INSURANCE CO., as Subrogee of CHARLES MAYS, and defendant, UNITED VAN LINES, LLC, that all claims herein be and hereby are dismissed with prejudice and without costs to any party; and

IT IS FURTHER STIPULATED AND AGREED that an Order to this effect may be entered by the Court without further notice.

Dated: New York, New York
    October 30, 2007

            BADIAK & WILL, LLP
            Attorneys for Plaintiff

            By: _____
              Alfred J. Will (AW/ )
            Attorneys for Plaintiff
            106 Third Street
            Mineola, NY 11501-4404
            (516) 877-2225

GEORGE W. WRIGHT & ASSOCIATES, LLC

BY: _____
GEORGE W. WRIGHT (GW 6957)
Attorneys for Defendant
88 Pine Street
New York, NY 10005-1801
(212) 483-8266

SO ORDERED: 19 November 2007

_____
Victor Marrero, U.S.D.J.

2